# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN ALTERNATIVE INSURANCE CORPORATION,<br><br>    Plaintiff(s),<br><br>v.<br><br>BT SUPPLIES WEST, INC.,<br><br>    Defendant(s). | Case No. 2:21-cv-00586-GMN-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than August 13, 2021, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: August 6, 2021

Nancy J. Koppe
United States Magistrate Judge