UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN ALTERNATIVE INSURANCE CORPORATION,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>BT SUPPLIES WEST, INC.,<br><br>　　　　Defendant(s). | Case No. 2:21-cv-00586-GMN-NJK<br><br>**Order** |

This case is set for a settlement conference on March 15, 2022. Docket No. 15. In violation of the order setting that settlement conference, Defendant has not submitted a settlement statement. *See id.* at 2-3 (setting deadline for settlement statements of 3:00 p.m. on March 8, 2022).[1] Moreover, Plaintiff's statement raises concerns about the status of the case and the need for a settlement conference. Accordingly, a telephonic status conference is **SET** for 3:30 p.m. on March 10, 2022. Counsel must appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

　　　　IT IS SO ORDERED.

　　　　Dated: March 9, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Plaintiff's settlement statement does not include the email address for all participants. *But see id.* at 1, 3.

1