1
2
3
4
5

**UNITED STATES DISTRICT COURT**

6

**DISTRICT OF NEVADA**

7

8  AMERICAN ALTERNATIVE INSURANCE CORPORATION,

Case No. 2:21-cv-00586-GMN-NJK

9        Plaintiff(s),

**Order**

10  v.

11  BT SUPPLIES WEST, INC.,

12        Defendant(s).

13      In light of Plaintiff's counsel's representation that this case has settled, the settlement

14  conference is **VACATED**. Dismissal papers must be filed by March 24, 2022.

15      IT IS SO ORDERED.

16      Dated: March 11, 2022

17                                            _____

18                                     Nancy J. Koppe
                                   United States Magistrate Judge

19
20
21
22
23
24
25
26
27
28

1