UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN ALTERNATIVE INSURANCE CORPORATION,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>BT SUPPLIES WEST, INC.,<br><br>　　　　Defendant(s). | Case No. 2:21-cv-00586-GMN-NJK<br><br>**Order** |

Pending before the Court is an order for Defendant and its attorneys to show cause why they should not be sanctioned for violating two orders. Docket No. 19. In particular, Defendant violated the order to submit a settlement statement by March 8, 2022, and violated the order to appear at a status conference held on March 10, 2022. *See id.* Defendant and its attorneys filed a response indicating that Attorney Coppedge suffered a medical episode that interfered with his ability to attend the status conference and that Attorney Mushkin had a scheduling conflict for that hearing. Docket No. 22 at 3-4. The response provides no meaningful explanation as to why Defendant and its counsel did not submit a settlement statement as they had been ordered to do. Although the Court declines to impose monetary sanctions in the circumstances, Defendant and its counsel are hereby **ADMONISHED**. Defendant and its counsel must ensure that they strictly comply with all Court orders moving forward.

　　　　IT IS SO ORDERED.

　　　　Dated: March 30, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge