James A. Kohl, Esq.
Nevada Bar No. 5692
Steven E. Kish III, Esq.
Nevada Bar No. 15257
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
jak@h2law.com
sek@h2law.com

*Attorneys for Plaintiff,*
*AMERICAN ALTERNATIVE INSURANCE*
*CORPORATION*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN ALTERNATIVE INSURANCE CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>BT SUPPLIES WEST, INC., a Nevada corporation,<br><br>    Defendant. | Case No. 2:21-cv-00586-GMN-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS** |

///

///

///

4890-4607-3376, v. 1

Plaintiff AMERICAN ALTERNATIVE INSURANCE CORPORATION, by and through its counsel, Howard & Howard Attorneys, PLLC and BT SUPPLIES WEST, INC., by and through their counsel, Mushkin & Coppedge, hereby stipulate that the above-entitled matter shall be dismissed, each party to bear their own attorneys' fees and costs.

| Dated: May 23, 2022 | Dated: May 23, 2022 |
|---|---|
| **HOWARD & HOWARD ATTORNEYS PLLC** | **MUSHKIN & COPPEDGE** |
| By: */s/ James A. Kohl*<br>James A. Kohl, Esq.<br>Nevada Bar No. 5692<br>Steven E. Kish III, Esq.<br>Nevada Bar No. 15257<br>Las Vegas, Nevada 89169<br>*Attorneys for Plaintiff,*<br>*American Alternative Insurance*<br>*Corporation* | By: */s/ Michael R. Mushkin*<br>Michael R. Mushkin, Esq.<br>Nevada Bar No. 2421<br>L. Joe Coppedge, Esq.<br>Nevada Bar No. 4954<br>6070 S. Eastern Avenue, Suite 270<br>Las Vegas, Nevada 89119<br>*Attorneys for Defendant,*<br>*BT Supplies West, Inc.* |

**IT IS SO ORDERED.**

The Clerk of Court shall close this case.

Dated this __25__ day of May, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

4890-4607-3376, v. 1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a true and correct copy of the foregoing STIPULATION AND [PROPOSED[ ORDER TO DISMISS was served electronically using the CM/ECF system on the 23rd day of May, 2022, to all parties registered for electronic service in this matter.

/s/ Susan A. Owens
An Employee of Howard & Howard Attorneys, PLLC

4890-4607-3376, v. 1