| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See* |
|---|---|

| PLAINTIFF<br>AMERICAN ALTERNATIVE INSURANCE | COURT CASE NUMBER<br>21-cv-00586-GMN-NJK |
|---|---|
| DEFENDANT<br>BT SUPPLIES WEST, INC. | TYPE OF PROCESS |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>BANK OF NEVADA |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*<br>2700 W. Sahara Avenue, Las Vegas, Nevada 89102 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| James A. Kohl, Esq.<br>Howard and Howard Attorneys<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, Nevada 89169 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | 1 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of:<br>/s/ James A. Kohl | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>702-307-0840 | DATE<br>04/17/2023 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 048 | District to Serve<br>No. 048 | Signature of Authorized USMS Deputy or Clerk | Date<br>24 APR 2023 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)*<br>ARLEEN MILLER, BANK OF NEVADA EMPLOYEE | Date<br>05/09/23 | Time<br>1321 | ☐ am<br>☑ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy<br>#31996 | | |

Costs shown on >>

REMARKS

Form USM-285<br>Rev. 03/21